UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ECHO JENSEN, *et al.*, | CASE NO. C18-1195-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NORTHWEST OCEANIC LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to amend complaint (Dkt. No. 14). Under Federal Rule of Civil Procedure 15(a), a district court should freely grant leave to amend a pleading "when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit has made clear that Rule 15 favors pleading amendments and should be applied liberally. *See Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). However, the Rule 15 standard does not apply when a party seeks to amend its pleading after the court-ordered deadline for filing amendments has passed. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607–08 (9th Cir. 1992).

Instead, untimely motions to amend are analyzed under the "good cause" standard established by Rule 16. *See* Fed. R. Civ. P. 16(b)(4); *Mammoth Recreations*, 975 F.2d at 608.

The Rule 16(b) good cause standard "primarily considers the diligence of the party seeking the amendment." *Mammoth Recreations, Inc.*, 975 F.2d at 609. A district court may amend its scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*.

Plaintiffs received discovery after the scheduling order's amendment deadline that alerted Plaintiffs that an additional cause of action may be necessary in this lawsuit. (*See generally* Dkt. No. 14.) Defendant does not oppose Plaintiffs' motion to amend their complaint. (Dkt. No. 15.) Therefore, Plaintiffs' motion to amend complaint (Dkt. No. 14) is GRANTED. Plaintiffs are ORDERED to file their amended complaint, as shown at Docket Number 14-1, within 3 days of the date this order is issued.

DATED this 2nd day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk