UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ECHO JENSEN, *et al.*, | CASE NO. C18-1195-JCC |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NORTHWEST OCEANIC LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for continuance of the trial date (Dkt. No. 18). The motion is GRANTED. The Court ORDERS the following dates set:

| Discovery cutoff | August 19, 2019 |
|---|---|
| Dispositive motions deadline | September 17, 2019 |
| 39.1 mediation deadline | November 29, 2019 |
| Proposed pretrial order due | December 6, 2019 |
| Trial briefs due | December 12, 2019 |
| Trial date | December 16, 2019 |

1    DATED this 9th day of July 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk

MINUTE ORDER
C18-1195-JCC
PAGE - 2